No. 87. IN RE ASSESSMENT OF TAXES, A. PERRY. Appeal from tax appeal court, first taxation division. Argued Novem-

ber 15, 1904. Decided December 14, 1904. Unimproved lot on southeasterly side of Kewalo street, Honolulu, second lot from Lunalilo street; frontage 100 feet, depth 270 feet. Returned at $3,000; assessed at $4,000; valued by tax appeal court at $4,000. Appeal by tax-payer. Further evidence was introduced in this court. Per curiam: Valuation placed at $3,500. Appellant in person. *Robertson & Wilder* for Assessor.